

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00203-CR

Larry **ISAAC**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8195
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's brief was due on November 21, 2022. On November 21, 2022, appellee filed a motion requesting a sixty-day extension of time to file appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due **no later than January 20, 2023.** *Further requests for extension of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court